No. 98–6980.  NINEMIRE *v.* STOVALL, ATTORNEY GENERAL OF KANSAS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–7001.  FAULDER *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–7006.  VICKERS *v.* MISSOURI.  Ct. App. Mo., Southern Dist.  Certiorari denied.

No. 98–7007.  YOUNG *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 98–7008.  YOUNGBEAR *v.* ANHEUSER-BUSCH, INC.; and YOUNGBEAR *v.* PLAYBOY ENTERPRISES, INC.  C. A. 8th Cir.  Certiorari denied.

No. 98–7009.  SAZIO *v.* ALCOSER ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–7013.  MARSHALL *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 98–7016.  MCCARTNEY *v.* TERRAL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–7018.  MARIN *v.* MARYLAND BOARD OF LAW EXAMINERS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7025.  TALVENSAARI *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–7087.  DOGGETT *v.* SPARKS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–7116.  BISHOP *v.* NEWLAND, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7119.  GREEN *v.* FLORIDA PAROLE AND PARDON COMMISSION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–7131.  CRESPO *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.